IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

**DEBORAH EVANYK**  **PLAINTIFF**

vs.  No. 1:21-cv-306-TAV-CHS

**PRESBYTERY OF EAST TENNESSEE,**  **DEFENDANT**
**PRESYBYTERIAN CHURCH (U.S.A.), INC.**

### NOTICE OF SUBSTITUTION OF LAW FIRM FOR PLAINTIFF'S COUNSEL

PLEASE TAKE NOTICE that the law firm of Forester Haynie, PLLC, is hereby substituted in the place of the law firm of Sanford Law Firm, PLLC, to serve as counsel for Plaintiff. Attorney Colby Qualls will continue to be lead counsel for Plaintiff in this matter. Please note the change of contact information below.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

## CERTIFICATE OF SERVICE

      I, Colby Qualls, do hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk for the U.S. District Court, Eastern District of Tennessee, Southern Division, using the Electronic Case Filing system of the Court, and that the attorneys listed below are registered to receive from the Clerk of the Court an electronic copy thereof:

Donna J. Mikel, Esq.
MIKEL & HAMILL PLLC
620 Lindsay St., Suite 200
Chattanooga, Tennessee 37403
Telephone: (423) 541-5400
Facsimile: (423) 541-5401
dmikel@mhemploymentlaw.com

Daniel J. Ripper, Esq.
LUTHER-ANDERSON PLLP
Post Office Box 151
Chattanooga, Tennessee 37402
Telephone: (423) 756-5034
dan@lutheranderson.com

      */s/ Colby Qualls*
      **Colby Qualls**