IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH EVANYK ) | |
| ) | |
| Plaintiff, ) | No. 1:21-CV-306-TAV-CHS |
| ) | |
| Vs. ) | |
| ) | |
| PRESBYTERY OF EAST TENNESSEE, ) | |
| PRESBYTERIAN CHURCH (U.S.A.), ) | |
| INC. ) | |
| ) | |
| Defendant. ) | |

**MOTION TO EXTEND MEDIATION DEADLINE**

COMES NOW the Defendant, Presbytery of East Tennessee, Presbyterian Church (U.S.A.), Inc. (hereinafter "Presbytery"), and would move this honorable court to grant a brief extension of the deadline for mediation in this matter. As grounds therefore restated the parties have a mediation deadline in this case of August 21. The parties had agreed to mediate this case Tuesday, August 15 with mediator Marc Harwell. On August 15 counsel for the defendant began at trial in United States District Court for the Eastern District of Tennessee in front of Judge Charles Atchley, U.S. v. Joshua Brown. That case lasted from August 15 through August 17 and required the rescheduling of the previously scheduled mediation. The parties have now rescheduled that mediation for Thursday, 08/24/23 with the same mediator.

1

In making this request the defendant would point out that the parties had agreed to schedule mediation in compliance with court's prior order. Unfortunately, because of the priority associated with a criminal jury trial for a defendant who is in custody, it became necessary to reschedule the mediation. As such, it would be requested that the court grant a brief extension of the mediation deadline until Friday, August 25 to allow the parties to complete mediation.

Counsel for the defendant has consulted with counsel for the plaintiffs and has been informed that there is no objection to this motion

Respectfully submitted,

**LUTHER-ANDERSON, PLLP**

By: s/Daniel J. Ripper
**DANIEL J. RIPPER, GA BAR# 606490**
Attorney for Defendant
P.O. Box 151
Chattanooga, TN  37402
(423) 756-5034

**CERTIFICATE OF SERVICE**

    I hereby certify that I will electronically file the foregoing with the Clerk of the Court using CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Donna J. Mikel
dmikel@mhemploymentlaw.com
**Mikel & Hamill, PLLC**
620 Lindsay St., Suite 200
Chattanooga, TN 37403
Telephone: (423) 541-5400

Colby Qualls
Colby@sanfordlawfirm.com
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

    This 17th day of August, 2023.

                                      **LUTHER-ANDERSON, PLLP**

                                       By: s/Daniel J. Ripper
                                            **DANIEL J. RIPPER**