UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DEBORAH EVANYK, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PRESBYTERY OF EAST TENNESSEE, ) <br> PRESBYTERIAN CHURCH (U.S.A.), INC., ) <br> ) <br>     Defendant. ) | No.: 1:21-CV-306-TAV-CHS |

## ORDER

This matter is before the Court on defendant's motion to continue the mediation deadline, currently set for August 21, 2023 [Doc. 26]. Defendant indicates that the parties had a mediation scheduled for August 15, which had to be rescheduled, due to defense counsel's involvement in a federal criminal trial in this district. Defendant indicates that plaintiff does not oppose the requested relief.

In light of the parties' agreement, and for good cause shown, defendant's motion [Doc. 26] is **GRANTED**. The parties **SHALL** mediate this case in good faith within **sixty (60) days** of the entry of this Order. Within **seven (7) days** following the conclusion of mediation, the mediator **SHALL** file a report with the Court stating the outcome of mediation, as contemplated by Local Rule 16.4(m). This action shall remain **STAYED** for an additional **sixty (60) days**. If the parties are unable to resolve this action pursuant to mediation, the Court will lift the stay after the mediator files his or her report stating the outcome of mediation.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE