IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DEBORAH EVANYK, | ) |
|     Plaintiff, | ) |
| v. | ) NO. 1:21-CV-306-TAV-CHS |
| PRESBYTERY OF EAST TENNESSEE, PRESBYTERIAN CHURCH (U.S.A.), INC. | ) |
|     Defendants. | ) |

# FINAL REPORT OF MEDIATOR

Mediation was ordered on <u>May 23, 2023</u>.

Mediation was started on <u>August 24, 2023</u>.

Mediation was completed on <u>August 24, 2023</u>.

Result of referral to mediation (check all that apply):

   \_\_\_\_\_  One or more parties did not appear/participate in the mediation.
   \_\_X\_\_  Both (all) parties appeared and participated in the mediation.
   \_\_X\_\_  Case settled by mediation.
   \_\_X\_\_  Case settled as to all issues.
   \_\_\_\_\_  Case settled in part.
   \_\_\_\_\_  Case did not settle.

Name(s) of Plaintiff's Attorney(s): <u>Colby Qualls and Donna Mikel</u>

Name(s) of Defendant's Attorney(s): <u>Dan Ripper</u>

Name, address, and phone number of the mediator:

    Marc Harwell
    Harwell & Hurst PLLC
    832 Georgia Avenue, Suite 510
    Chattanooga, TN 37402
    Phone: 423-756-7333

\_\_\_\_\_ Pro bono case

\_\_\_\_\_ Fees paid at least in part by Parent Education and Mediation fund (See T.C.A. § 36-6-413(5). Attach an itemized invoice).

\_\_X\_\_ Full fee case.  I do not request that fees be charged as court costs.

                      *s/ Marc H. Harwell*_____
                      Mediator's Signature

                      \_August 25, 2023_____
                      Date

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the foregoing document has been served upon the following counsel, by placing a true and correct copy of same in the United States mail, postage prepaid, in a properly addressed envelope; or by hand delivering same; or via facsimile or email, as follows:

Colby Qualls
Sanford Law Firm
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211
cqualls@foresterhaynie.com

Donna Mikel
Mikel & Hamill PLLC
620 Lindsay Street, Suite 200
Chattanooga, TN 37403
dmikel@mhemploymentlaw.com

Dan Ripper
Luther-Anderson, PLLP
100 W Martin Luther King Blvd., Suite 700
Chattanooga, TN 37402
dan@lutheranderson.com

This 25th day of August, 2023.

                                                                _s/ Marc H. Harwell_
                                                                MARC H. HARWELL