UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DEBORAH EVANYK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 1:21-CV-306-TAV-CHS |
| | ) | |
| PRESBYTERY OF EAST TENNESSEE, | ) | |
| PRESBYTERIAN CHURCH | ) | |
| (U.S.A.), INC., | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

This civil action is before the Court on the parties' Joint Motion to Approve Settlement and for Dismissal with Prejudice [Doc. 29]. The Court previously ordered this case to mediation [Doc. 24]. The parties participated in a mediation and were able to reach a settlement [Doc. 28]. The parties now seek approval of their Fair Labor Standards Act settlement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

In seeking approval, the parties have outlined the terms and conditions of the settlement. All parties to this matter were represented by counsel. The settlement was the result of a mediated and arms' length negotiating process, taking into account the potential risks and outcomes and the claims dismissed by the Court [Doc. 23] that could have been filed by Defendant against Plaintiff in state court. Considering all of these factors and those presented in the joint motion, the Court finds that the settlement agreement of the parties is a fair, adequate, and reasonable resolution of a bona fide dispute about wages under the

Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and thus, the parties' Joint Motion to Approve Settlement and for Dismissal with Prejudice [Doc. 29] is **GRANTED**. As such, this matter is **DISMISSED** with prejudice, and the Clerk of the Court is **DIRECTED** to **CLOSE** the case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

2